UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA WHATLEY, | CASE NO. C25-0147-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| SAFEWAY INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendants removed this action, asserting this Court has subject matter jurisdiction on the basis of diversity of citizenship between the parties. Dkt. No. 1 at 2. Because Defendant Albertson's LLC is an LLC, it is required to file a diversity disclosure statement that identifies the name and state citizenship of each individual or entity whose citizenship is attributable to it, in compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendants have filed corporate disclosure statements under Rule 7.1(a)(1) (Dkt. Nos. 6, 7, 11), and Albertson's is now ORDERED to also file a statement under Rule 7.1(a)(2), no later than February 14, 2025.

Dated this 7th day of February, 2025.

Ravi Subramanian
Clerk

/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1