UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA WHATLEY, | CASE NO. C25-0147-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| SAFEWAY INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

In response to this Court's order, Defendants filed a diversity disclosure statement, but failed to identify the LLC members or their citizenship as instructed. *See* Dkt. No. 13. In order to allow the Court to assess whether it has jurisdiction over this case, the Court must consider the citizenship of every member of the Defendant LLC. Defendants shall file an amended disclosure statement under Federal Rule of Civil Procedure 7.1(a)(2) no later than February 18, 2025.

Dated this 12th day of February, 2025.

Ravi Subramanian
Clerk

/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1